THE
LEGAL AID
SOCIETY
CIVIL

Immigration Law Unit
49 Thomas Street, 5th Floor
New York, NY 10013
www.legalaidnyc.org

**Direct Dial: (646) 988-1791**
**Email: lmillar@legal-aid.org**

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*

Adriene Holder
*Attorney-in-Charge*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 07/27/2026

VIA ECF

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007

July 24, 2026

**Re: *Gonzalez Duran v. Arteta, et al.*, 26 Civ. 3935 (LAK)**
**Joint Request for Case Closure**

Dear Judge Kaplan,

The Legal Aid Society represents the Petitioner in the above-captioned habeas corpus action. This Court granted the petition for a writ of habeas corpus on June 3, 2026. We write respectfully, and jointly with Respondent's counsel, to request the entry of a final judgment and the closure of the case. Petitioner has accepted a final administrative order of removal, and seeks to be removed, therefore he respectfully requests that the judgement in this case also vacate any prior provision enjoining transfer or removal.

*//S// Luke Millar*
Luke Millar
Legal Aid Society
49 Thomas St.
New York, NY 10013
Tel: (917)-565-0524
lmillar@legal-aid.org

**Granted. Final judgment is entered in favor of Petitioner against Respondents to the extent stated in the Court's June 3, 2026 Opinion and Order (Dkt 14). The case otherwise is dismissed with prejudice. All prior orders enjoining Petitioner's transfer or removal hereby are vacated. The Clerk respectfully is directed to close the case.**

**/s/ Lewis A. Kaplan**

**Hon. Lewis A. Kaplan, USDJ**
**Dated: July 27, 2026**