UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR GONZALEZ DURAN.,

Petitioner,

-against-

PAUL ARTETA., ET AL.,

Respondents.

26 CIVIL 03935 (LAK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memo Endorsement dated July 27, 2026, the petition for a writ of habeas is hereby GRANTED. Final judgment is entered in favor of Petitioner against Respondents to the extent stated in the Court's June 3, 2026 Opinion and Order (Dkt 14). The case otherwise is dismissed with prejudice. All prior orders enjoining Petitioner's transfer or removal hereby are vacated; accordingly, the case is closed.

**Dated:** New York, New York
July 29, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**